UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
NO. 15-4421

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | MOTION FOR |
| v. | ) | ENLARGEMENT OF TIME TO |
| | ) | FILE OPENING BRIEF AND |
| | ) | JOINT APPENDIX |
| | ) | |
| BRANDON TREMAYNE HOLMAN | ) | |

COMES NOW, BRANDON TREMAYNE HOLMAN, the Appellant in the above-captioned matter, by and through his undersigned attorney, and pursuant to Local Rule 31(c), respectfully presents this Honorable Court with a request for an enlargement of time to file his Opening Brief and Joint Appendix and in support thereof shows unto the court the following:

1. Counsel for Appellant was appointed on July 17, 2015;

2. Counsel attempted to correspond with Appellant, but no response was had from Appellant regarding issues he wished for the undersigned to pursue on appeal;

3. Counsel has just recently had a chance to consult with former counsel of Appellant regarding issues Appellant raised in a letter filed with the court on August 18, 2015;

4. Attempts were made to contact Assistant United States Attorney Randall S. Galyon regarding this Motion. Due to attendance at a funeral, neither Mr. Galyon, nor any other attorney from his office, was available to discuss this Motion with the undersigned;

5. This Motion is not being made for the purpose of delay or obstruction and is reasonably calculated to allow the undersigned to properly prepare and file the necessary opening brief.

WHEREFORE, Appellant Brandon Tremayne Holman respectfully requests that the time for filing his Opening Brief and Joint Appendix be enlarged through and including October 2, 2015.

Respectfully requested this 29th day of September, 2015.

>PERRY, PERRY & PERRY
>Attorneys for Appellant
>By: /S/ JOSIAH J. CORRIGAN
>   Josiah J. Corrigan
>   P.O. Drawer 1475
>   Kinston, NC 28503
>   Tel: (252) 523-5107

# CERTIFICATE OF SERVICE

I certify that on <u>September 29, 2014</u> the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

>Randall Stuart Galyon
>Assistant U.S. Attorney
>Office of the U.S. Attorney

Respectfully requested this <u>29TH</u> day of September, 2014.

>PERRY, PERRY & PERRY
>Attorneys for Appellant
>By: <u>/S/ JOSIAH J. CORRIGAN</u>
>    Josiah J. Corrigan
>    P.O. Drawer 1475
>    Kinston, NC 28503
>    Tel: (252) 523-5107