Appeal: 15-4421   Doc: 24   Filed: 10/13/2015   Pg: 1 of 2

15-4421

RECEIVED
2015 OCT 13 AM 07
U.S. COURT OF APPEALS
FOURTH CIRCUIT

# (Notice to the court)

This is Brandon Holman, i am writing you to inform you that the Anders Notice that was filed by my appeal lawyer "Josiah Corrigan" is not my case, it is Mr. Desmond B. White, which is clearly in the "Brief of Appellant" which the appellant in this Brief that was filed Oct 2 2015 is not me, so the lawyer didnt even look into my case he was looking at Mr. White's case, i feel as tho he is ineffective of counsel and would like another lawyer, i wanted to file a direct appeal with the court of appeals not Anders Notice, because it is meritorious arguments to be discuss, as you see in the "Pro se Supplemental Brief" i mailed with this letter, he mailed me another one of his clients Anders Notice but filed it as it was mine, putting this other inmates PSR information and brief in my brief which the court should see if you look back over the Brief of Appellant that was filed on Oct 2. 2015 at 2:50 pm by the Court of Appeals fourth circuit...

Respectfully, Brandon Holman

10-5-2015

Brandon T. Holman
#30587-067
Federal Correctional Complex
P.O. box 1000
Petersburg, VA 23804

Legal Mail

RICHMOND VA 230
08 OCT 2015 PM 6 L

⇔30587-057⇔
Court Of Appeals
Atn:Patricia Connor,Clerk
1100 E MAIN ST
Suite 501
Richmond, VA 23219-3517
United States

U.S. MARSHALS
OCT 13 2015