## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 14, 2015

_____

RESPONSE REQUESTED

_____

No. 15-4421,    US v. Brandon Holman
                1:14-cr-00428-CCE-1

TO:    Josiah John Corrigan

RESPONSE DUE: 10/26/2015

Response is required to the motion to appoint new counsel. Response must be filed by the response due date shown in this notice.

Jeffrey S. Neal, Deputy Clerk
804-916-2729