# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 14, 2015

_____

## RECORD FOLLOW-UP NOTICE

_____

No. 15-4421,   <u>US v. Brandon Holman</u>
              1:14-cr-00428-CCE-1

TO:   John S. Brubaker
      UNITED STATES DISTRICT COURT
      Middle District of North Carolina
      324 West Market Street
      Greensboro, NC 27401


The electronic transmission of the record did not come through correctly. Please re-transmit the electronic record in this case. Please ensure that any paper or sealed portions of the record are also transmitted to this office. For appeals in criminal cases, the presentence report is also required.

If there is a problem that is delaying transmission of the record, please notify me.

Jeffrey S. Neal, Deputy Clerk
804-916-2702