FILED: October 23, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4421
(1:14-cr-00428-CCE-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

BRANDON TREMAYNE HOLMAN

      Defendant - Appellant

_____

O R D E R
_____

Upon consideration of submissions relative to the motion for new counsel on appeal, the court denies the motion. The court strikes the brief filed on 10/02/2015 and counsel is directed to file a corrected opening brief by 11/13/2015.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk