JSN

UNITED STATES COURT OF
APPEALS FOR THE FOURTH CIRCUIT

Brandon T. HOLMAN            No. 15-4421
        Petitioner.           (1:14-CR-00428-CCE-1

         V.

The United States of America
         Respondent.

FILED
NOV 13 2015

## Brief an Support

Comes Now petitioner, Brandon T. Holman, to respectfully address this court to the "Pro se Supplemental Brief" that was filed by petitioner, to amend the following to it respectfully. Petitioner was arrested on July 9, 2014 and charged with state charges, and later indicted on federal charges counts 1 thru 7, petitioner plead guilty to one count in febuary 2015, and was sentenced on June 29, 2015 to (84) months imprisonment. Petitioner has seek the courts documented record of the sentencing orders and specifics of the agreed plea promise of the gun charge along with other counts to be dismissed in exchange for petitioners plea contract. By pleading guilty to "Distribution of Cocaine base" count 2, petitioner was relieved from any conviction and punishment from the contracted plea that guaranteed the dismissal of the gun charge and other counts, a dismissal can not constitutionally warrant punishment, punishment for actions not found guilty

(1)

of is constitutionally abhorrent. Petitioners federal Bureau of prisons case file has and incorrect entry regarding the dismissed gun charge and maintaining a dwelling, in which it shouldnt of been a 4 point enhancement attached at sentencing for these two counts that were dismissed and not a conviction. Petitioners incorrect case entries are hindering him from self-rehabilitation. This is prevented by exclusion of programs designed to change a persons thinking so as to change that persons actions. Petitioner is trying to change his thinking and, thereby, his actions, correcting his case file will allow this level of programing and adjusting his sentence to reflect that the 4 point enhancement was taken off the 84 months imprisonment, from a catorgory 4 criminal history level 25, to catorgory 4 criminal history level 21. Petitioner sincerly thanks this court for its assistance in this matter.

Respectfully submitted:
Brandon Holman
Brandon Holman
Date: Nov. 5 2015

②

Brandon T. Holman #30587-057
Federal Correctional Complex
P.O. box 1000
Petersburg, VA 23804

RICHMOND VA 230
09 NOV 2015 PM 7 L

⇔30587-057⇔
Court Of Appeals
Atn:Patricia Connor,Clerk
1100 E MAIN ST
Suite 501
Richmond, VA 23219-3517
United States

NOV 12 2015

2321951ES17  [LEGAL MAIL]